UNITED STATES OF AMERICA

DISTRICT OF MASSACHUSETTS

2014 FEB -4  A 11: 44

LEONTINE ROBINSON,
(Plaintiff)

v

CHILDREN'S HOSPITAL OF BOSTON
(Defendant)

**PLAINTIFF'S VERIFIED COMPLAINT
DEMAND FOR A JURY TRIAL**

PARTIES

1. Plaint tiff Leontine Robinson is a natural person who is a resident of Massachusetts.

2. Defendant is a hospital that provides medical services and whose address is 300 Longwood Avenue, Boston, Massachusetts.

Jurisdiction and Venue

3. This action raises and arises from federal questions under Title VII of the Civil Rights Act of 1964, 42 USC section 2000 e et seq., 28 USC section 1331 and Massachusetts General Law Chapter 151B.

4. Venue is proper in the United States District Court of Massachusetts under 28 U.S.C.1391(b)(1) and 2 and 42 U.S.C. section 2000e-5(f)(3) as plaintiff and defendant are residents of the district and the illegal employment practices alleged herein were committed in this district.

5. On or about November 7, 2013 Equal Employment Opportunity Commission issued a letter dismissing plaintiff's complaint that the defendant engaged in unlawful discriminatory practices. (See attached)

\* Plaintiff demands jury trial

## Factual Allegations

6. Plaintiff is an adherent of the Muslim faith and accepts the beliefs and teachings of the Holy Quran as revealed to the prophet Muhammad and the Nation of Islam.

7. Plaintiff was employed by defendant effective August 1995 and was initially assigned responsibility for patient care. On the date of hire plaintiff was a practicing Muslim and she dressed as a female Muslim including the wearing of a covering on her hair.

8. On the date plaintiff was first employed defendant did not require that flu vaccinations be taken by employees.

9. On or about 2006 defendant implemented a policy that required employees to submit to flu vaccine or provide an explanation or justification why the vaccine was not taken.

10. Each year this policy was in place plaintiff reported that she would not take a flu vaccine due to religious belief,

11. On or about 2011 defendant ultimately declared that the taking of flu vaccine would become a term of employment and that all parties who did not submit to the vaccine would be subject to termination.

12. Plaintiff informed defendant that she would not take a flu vaccine due to religious belief.

13. Plaintiff was fired by defendant.

14. Plaintiff requested that defendant provide an accommodation for her beliefs with respect to the new condition of employment.

15. Defendant refused to grant accommodation to plaintiff; although accommodations were made to other groups.

16. Defendant did grant plaintiff an opportunity to use previously accrued rights to seek employment and to prepare for separation.

17. As a result of the defendant's actions, plaintiff suffered severe economic losses to date, future

pecuniary losses, injury to professional reputation, emotional pain and suffering, inconvenience, mental anguish and other non pecuniary losses.

## COUNT ONE

18. Plaintiff repeats and restates the allegations in paragraphs 1 through 17 as if fully reproduced herein.
19. Plaintiff is a member of a protected class of employees.
20. Defendant's are employers pursuant to 42 U.S.C. 20000 et. seq.
21. Plaintiff has sincere belief in the Muslim faith.
22. Defendant intentionally discriminated against plaintiff due to her religious beliefs.

## COUNT TWO

23. Plaintiff repeats and restates the allegations in paragraphs 1 through 17 as if fully reproduced herein.
24. The defendant has violated Massachusetts General Law Chapter 151B by intentionally subjecting plaintiff to adverse employment actions set forth because of her religion

25. As a result defendant's actions, plaintiff has suffered harm, injury and damages

## Prayer for Relief

WHEREFORE, plaintiff respectfully prays that this Court:

1. Find that defendant's discriminatory actions, as described in this Complaint violated plaintiff's rights as guaranteed by federal law.

2. Find that defendant's discriminatory actions, as described in this Complaint violated plaintiff's rights under Massachusetts General Law Chapter 151B.

3. Award compensatory damages to plaintiff for all earnings, wages, back pay, loss of fringe benefits, loss of future earnings, emotional distress and other benefits she would have received, but for the discriminatory practices of defendant.

4. Grant plaintiff back pay, reinstatement and reimbursement for lost fringe benefits, training and promotional opportunities and other appropriate relief to redress the discriminatory practices complained of herein;

5. Retain jurisdiction over this action to assure full compliance with the orders of this Court and with applicable law;

6. Grant plaintiff her costs, attorney fees, and disbursements; and

FILED

2014 FEB -4 A 11: 44

7. Grant such other additional relief as the Court deems proper and just.

---

Respectfully submitted,

*/s/ James E. Small, Jr.*
James E. Small, Jr.
BBO 467220
P.O. Box 190024
Roxbury, Massachusetts 02119
(617) 427-3147

*/s/ Leontine Robinson*

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss                                                    February 4, 2014

Then personally appeared the above named Leontine Robinson, who acknowledged the foregoing instrument to be her free act and deed before me. Identification was proved to me by Massachusetts Drivers License

*/s/ Rosella A. Bobb*

Notary Public
My Commission expires



ROSELLA A. BOBB
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires 09/24/2015

EEOC Form 161 (11/09)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Leontine Robinson
38 Seminole Street
Hyde Park, MA 02136

From: Boston Area Office
John F. Kennedy Fed Bldg
Government Ctr, Room 475
Boston, MA 02203

☐ On behalf of person(s) aggrieved whose identity is **CONFIDENTIAL** (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16C-2012-00322 | Anne R. Giantonio, Intake Supervisor | (617) 565-3189 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed <u>**WITHIN 90 DAYS**</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>**more than 2 years (3 years)**</u> before you file suit may not be collectible.

On behalf of the Commission

[signature]

Feng K. An,
Acting Director

NOV 07 2013
(Date Mailed)

Enclosure(s)

cc:
**CHILDREN'S HOSPITAL BOSTON**
300 Longwood Avenue
Boston, MA 02115